MILTON ZEISLER, Appellant, v. DANDRIDGE COMPANY, INC., Respondent.

(Appeal No. 1.)   MILTON ZEISLER, Appellant, v. DANDRIDGE COMPANY, INC., Respondent.   (Appeal No. 2.)   MILTON ZEISLER, Appellant, v. DANDRIDGE COMPANY, INC., Respondent.   (Appeal No. 3.) — Motion for reargument denied.   Motion in Appeal No. 3 granted to the extent of amending the order so as to provide that, in case such amendment be had and costs paid, the judgment be opened.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.   Order to be settled on notice before Mr. Justice Blackmar.